A. Raymond Hamrick, III (State Bar No. 93821)
Kenneth A. Hearn (State Bar No. 87537)
W. Joseph Anderson (State Bar No. 267192)
HAMRICK & EVANS, LLP
111 Universal Hollywood Drive, Suite 2200
Universal City, California 91608
Telephone No.: (818) 763-5292
Fax No.: (818) 763-2308

Attorneys for Plaintiff MBL, INC.

Brandt L. Wolkin (State Bar No. 112220)
Jennifer L. Elowsky (State Bar No. 230739)
WOLKIN – CURRAN, LLP
555 Montgomery Street, Suite 1100
San Francisco, California 94111
Telephone No.: (415) 982-9390
Fax No.: (415) 982-4328

Attorneys for Defendant ACE PROPERTY & CASUALTY INSURANCE COMPANY f/k/a CIGNA PROPERTY & CASUALTY INSURANCE COMPANY f/k/a AETNA INSURANCE COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MBL, INC.<br><br>　　　　Plaintiff,<br>vs.<br><br>ACE PROPERTY & CASUALTY INSURANCE COMPANY f/k/a CIGNA PROPERTY & CASUALTY INSURANCE COMPANY f/k/a AETNA INSURANCE COMPANY<br><br>　　　　Defendant. | Case No. C 11-3456 RS<br><br>[~~PROPOSED~~] ORDER |

TO ALL PARTIES AND COUNSEL OF RECORD:

　　　　The Case Management Conference in the instant matter currently scheduled for October 20, 2011 at 10:00 a.m. shall be continued to **November 17, 2011 at 10:00 a.m.** in Courtroom 3 on the 17th Floor of the United States Courthouse, 450 Golden Gate Avenue, San Francisco. As

1 such, the parties must meet and confer pursuant to *Fed. Rules Civ. Pro.* 26(f) and L.R. 16-3 prior
2 to October 27, 2011, and the last day to file the Rule 26(f) report shall be November 10, , 2011.

PURSUANT TO STIPULATION, IT IS SO ORDERED:

DATED: ___9/28_____, 2011

_____
United States District Court for the Northern District of California
JUDGE RICHARD SEEBORG