*E-Filed 9/28/11*

1  A. Raymond Hamrick, III (State Bar No. 93821)
   Kenneth A. Hearn (State Bar No. 87537)
2  W. Joseph Anderson (State Bar No. 267192)
   HAMRICK & EVANS, LLP
3  111 Universal Hollywood Drive, Suite 2200
   Universal City, California 91608
4  Telephone No.: (818) 763-5292
   Fax No.: (818) 763-2308

5  Attorneys for Plaintiff MBL, INC.

6  Brandt L. Wolkin (State Bar No. 112220)
   Jennifer L. Elowsky (State Bar No. 230739)
7  WOLKIN – CURRAN, LLP
   555 Montgomery Street, Suite 1100
8  San Francisco, California 94111
   Telephone No.: (415) 982-9390
9  Fax No.: (415) 982-4328

10 Attorneys for Defendant ACE PROPERTY & CASUALTY
   INSURANCE COMPANY f/k/a CIGNA PROPERTY &
11 CASUALTY INSURANCE COMPANY f/k/a AETNA
   INSURANCE COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| MBL, INC. | Case No. C 11-3456 RS |
|---|---|
| Plaintiff, | |
| vs. | [~~PROPOSED~~] ORDER |
| ACE PROPERTY & CASUALTY INSURANCE COMPANY f/k/a CIGNA PROPERTY & CASUALTY INSURANCE COMPANY f/k/a AETNA INSURANCE COMPANY | |
| Defendant. | |

TO ALL PARTIES AND COUNSEL OF RECORD:

The Case Management Conference in the instant matter currently scheduled for October 20, 2011 at 10:00 a.m. shall be continued to **November 17, 2011 at 10:00 a.m.** in Courtroom 3 on the 17th Floor of the United States Courthouse, 450 Golden Gate Avenue, San Francisco. As

1  such, the parties must meet and confer pursuant to *Fed. Rules Civ. Pro.* 26(f) and L.R. 16-3 prior
2  to October 27, 2011, and the last day to file the Rule 26(f) report shall be November 10, , 2011.

PURSUANT TO STIPULATION, IT IS SO ORDERED:

DATED: ___9/28_____, 2011

_____
United States District Court for the Northern District of California
JUDGE RICHARD SEEBORG