*E-Filed 12/15/11*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

MBL INC.,

        Plaintiffs,

  v.

ACE PROPERTY AND CASUALTY INSURANCE COMPANY,

        Defendants.
_____/

No. C 11-03456 RS

**STANDBY ORDER OF DISMISSAL**

The Court has been informed that the above-entitled action has settled. Accordingly, the Court vacates all pretrial and trial dates. The parties are required to file a stipulation of dismissal by **January 27, 2012**. If a stipulation of dismissal is not filed by that date, the parties are ordered to appear on **February 2, 2012 at 1:30 p.m. in Courtroom 3, 17th Floor of the San Francisco Courthouse** and show cause why the case should not be dismissed. Failure to comply with this Order may result in dismissal of the case.

IT IS SO ORDERED.

Dated: 12/15/11

_____
RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE