*E-Filed 1/5/12*

1  A. Raymond Hamrick, III (SBN: 93821)
   aray@hamricklaw.com
2  Kenneth A. Hearn (SBN 87537)
   khearn@hamricklaw.com
3  W. Joseph Anderson (SBN: 267192)
   wanderson@hamricklaw.com
4  HAMRICK & EVANS, LLP
   111 Universal Hollywood Drive, Suite 2200
5  Universal City, California 91608
   Telephone No.: (818) 763-5292
6  Fax No.: (818) 763-2308

7  Attorneys for Plaintiff MBL, Inc.

8  Brandt L. Wolkin (State Bar No. 112220)
   Jennifer L. Elowsky (State Bar No. 230739)
9  WOLKIN – CURRAN, LLP
   555 Montgomery Street, Suite 1100
10 San Francisco, California 94111
   Telephone No.: (415) 982-9390
11 Fax No.: (415) 982-4328

12 Attorneys for Defendant ACE PROPERTY & CASUALTY
   INSURANCE COMPANY f/k/a CIGNA PROPERTY &
13 CASUALTY INSURANCE COMPANY f/k/a AETNA
   INSURANCE COMPANY

14

15          **UNITED STATES DISTRICT COURT**

16         **NORTHERN DISTRICT OF CALIFORNIA**

17

| | |
|---|---|
| 18  MBL, INC., | Case No. CV 11-3456 RS |
| 19          Plaintiff, | (Case assigned to Hon. Richard Seeborg) |
| 20          v. | **STIPULATION FOR DISMISSAL OF COMPLAINT PURSUANT TO SETTLEMENT AGREEMENT AND TO TAKE PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT OFF CALENDAR; [PROPOSED] ORDER** |
| 21  ACE PROPERTY & CASUALTY INSURANCE COMPANY, f/k/a CIGNA PROPERTY & CASUALTY INSURANCE COMPANY, f/k/a/ AETNA INSURANCE COMPANY, and DOES 1 through 100, Inclusive, | |
| 24          Defendants. | |
| 25 | |
| 26 | Complaint Filed:   June 10, 2011 |

27  ///

28  ///

HAMRICK & EVANS, LLP

**TO THE HONORABLE COURT, TO ALL PARTIES HEREIN AND TO THEIR RESPECTIVE ATTORNEYS OF RECORD:**

WHEREAS Plaintiff MBL, INC ("MBL" or "Plaintiff") brought the above-captioned action (the "Complaint") alleging bad faith and various other causes of action against Defendant ACE PROPERTY & CASUALTY INSURANCE COMPANY, f/k/a CIGNA PROPERTY & CASUALTY INSURANCE COMPANY, f/k/a/ AETNA INSURANCE COMPANY ("ACE" or "Defendant") arising out of Defendant's denial of MBL's tender of defense and indemnity relating to the lawsuit styled *United States of America v. Stephen C. Lyon, etc., et al.*, United States District Court, Eastern District of California, Court Case No. 1:07 CV 00491 LJO NEW.

WHEREAS ACE denied all such allegations.

WHEREAS the Parties have reached a settlement regarding the various issues raised and causes of action asserted in the Complaint.

Accordingly, IT IS HEREBY STIPULATED by and between the Parties herein, through their respective attorneys of record, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, as follows:

1.     Plaintiff hereby dismisses its Complaint filed on June 10, 2011 against Defendant in its entirety, with prejudice;

2.     In light of the foregoing, Plaintiff's Motion for Summary Judgment or Partial Summary Judgment is taken off calendar.

3.     Each Party will bear its own costs and attorneys' fees.

///
///
///
///
///
///

STIPULATION FOR DISMISSAL: [PROPOSED] ORDER

4. The Parties request that the Court retain jurisdiction to enforce the Settlement Agreement between Plaintiff and Defendant dated November 22, 2011 by issuing an Order that explicitly retains jurisdiction to enforce that Settlement Agreement.

IT IS SO STIPULATED.

DATED: January 5, 2011                    HAMRICK & EVANS, LLP

By: _____
A. RAYMOND HAMRICK, III
KENNETH A. HEARN
W. JOSEPH ANDERSON
Attorneys for Plaintiff MBL, Inc.

DATED: January 5, 2011                    WOLKIN, CURRAN, LLP

By _____
BRANDT WOLKIN
JENNIFER L. ELOWSKY
Attorneys for Defendant ACE
PROPERTY & CASUALTY
INSURANCE COMPANY f/k/a CIGNA
PROPERTY & CASUALTY
INSURANCE COMPANY f/k/a AETNA
INSURANCE COMPANY

HAMRICK & EVANS, LLP

1   [~~PROPOSED~~] ORDER

2

3

4

5

6

7

8

9       Good cause appearing therefore, this case is dismissed in its entirety, with

10   prejudice.

11

12   PURSUANT TO STIPULATION, IT IS SO ORDERED

13

14

15   __ 1/5/12 _____

16        DATE                   HON. RICHARD SEEBORG

17                           UNITED STATES DISTRICT JUDGE

18

19

20

21

22

23

24

25

26

27

28