A. Raymond Hamrick, III (SBN: 93821)
aray@hamricklaw.com
Kenneth A. Hearn (SBN 87537)
khearn@hamricklaw.com
W. Joseph Anderson (SBN: 267192)
wanderson@hamricklaw.com
HAMRICK & EVANS, LLP
111 Universal Hollywood Drive, Suite 2200
Universal City, California 91608
Telephone No.: (818) 763-5292
Fax No.: (818) 763-2308

Attorneys for Plaintiff MBL, Inc.

Brandt L. Wolkin (State Bar No. 112220)
Jennifer L. Elowsky (State Bar No. 230739)
WOLKIN – CURRAN, LLP
555 Montgomery Street, Suite 1100
San Francisco, California 94111
Telephone No.: (415) 982-9390
Fax No.: (415) 982-4328

Attorneys for Defendant ACE PROPERTY & CASUALTY
INSURANCE COMPANY f/k/a CIGNA PROPERTY &
CASUALTY INSURANCE COMPANY f/k/a AETNA
INSURANCE COMPANY

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MBL, INC.,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>ACE PROPERTY & CASUALTY INSURANCE COMPANY, f/k/a CIGNA PROPERTY & CASUALTY INSURANCE COMPANY, f/k/a/ AETNA INSURANCE COMPANY, and DOES 1 through 100, Inclusive,<br><br>　　　　Defendants. | Case No. CV 11-3456 RS<br><br>(Case assigned to Hon. Richard Seeborg)<br><br>**STIPULATION FOR DISMISSAL OF COMPLAINT PURSUANT TO SETTLEMENT AGREEMENT AND TO TAKE PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT OFF CALENDAR; [PROPOSED] ORDER**<br><br>Complaint Filed:   June 10, 2011 |

///

///

**TO THE HONORABLE COURT, TO ALL PARTIES HEREIN AND TO THEIR RESPECTIVE ATTORNEYS OF RECORD:**

WHEREAS Plaintiff MBL, INC ("MBL" or "Plaintiff") brought the above-captioned action (the "Complaint") alleging bad faith and various other causes of action against Defendant ACE PROPERTY & CASUALTY INSURANCE COMPANY, f/k/a CIGNA PROPERTY & CASUALTY INSURANCE COMPANY, f/k/a/ AETNA INSURANCE COMPANY ("ACE" or "Defendant") arising out of Defendant's denial of MBL's tender of defense and indemnity relating to the lawsuit styled *United States of America v. Stephen C. Lyon, etc., et al.*, United States District Court, Eastern District of California, Court Case No. 1:07 CV 00491 LJO NEW.

WHEREAS ACE denied all such allegations.

WHEREAS the Parties have reached a settlement regarding the various issues raised and causes of action asserted in the Complaint.

Accordingly, IT IS HEREBY STIPULATED by and between the Parties herein, through their respective attorneys of record, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, as follows:

1. Plaintiff hereby dismisses its Complaint filed on June 10, 2011 against Defendant in its entirety, with prejudice;

2. In light of the foregoing, Plaintiff's Motion for Summary Judgment or Partial Summary Judgment is taken off calendar.

3. Each Party will bear its own costs and attorneys' fees.

///
///
///
///
///
///

STIPULATION FOR DISMISSAL; [PROPOSED] ORDER

4. The Parties request that the Court retain jurisdiction to enforce the Settlement Agreement between Plaintiff and Defendant dated November 22, 2011 by issuing an Order that explicitly retains jurisdiction to enforce that Settlement Agreement.

IT IS SO STIPULATED.

DATED: January 5, 2011

HAMRICK & EVANS, LLP

By: _____
A. RAYMOND HAMRICK, III
KENNETH A. HEARN
W. JOSEPH ANDERSON
Attorneys for Plaintiff MBL, Inc.

DATED: January 5, 2011

WOLKIN, CURRAN, LLP

By: _____
BRANDT WOLKIN
JENNIFER L. ELOWSKY
Attorneys for Defendant ACE
PROPERTY & CASUALTY
INSURANCE COMPANY f/k/a CIGNA
PROPERTY & CASUALTY
INSURANCE COMPANY f/k/a AETNA
INSURANCE COMPANY

# [PROPOSED] ORDER

Good cause appearing therefore, this case is dismissed in its entirety, with prejudice.

PURSUANT TO STIPULATION, IT IS SO ORDERED

_1/5/12_
DATE

_/s/ Richard Seeborg_
HON. RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE